# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Western Division)
## CIVIL DOCKET FOR CASE #: 5:23−hc−02020−BO−RJ

| | |
|---|---|
| Aparicio v. Department of Homeland Security et al | Date Filed: 01/26/2023 |
| Assigned to: District Judge Terrence W. Boyle | Jury Demand: None |
| Referred to: Magistrate Judge Robert B. Jones, Jr | Nature of Suit: 530 Habeas Corpus (General) |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (Federal) | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Antonio H. Aparicio**  represented by  **Antonio H. Aparicio**
1612068
Nash Correctional Institution
P.O. Box 600
Nashville, NC 27856
PRO SE

V.

**Respondent**

**Department of Homeland Security**

**Respondent**

**DHS ICE DRO**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/26/2023 | 1 | PETITION for Writ of Habeas Corpus filed by Antonio H. Aparicio. (Attachments: # 1 Documents in support, # 2 Envelope) (Poole, A) (Entered: 01/26/2023) |
| 01/26/2023 | 2 | Letter regarding case opening sent via US Mail to Antonio H. Aparicio at Nash Correctional Institution. (Poole, A) (Entered: 01/26/2023) |
| 01/27/2023 | 3 | ORDER of Deficiency. The petition is not on the forms prescribed for use by this court. The filing fee of $5.00 was not received or application to proceed without payment of fees and affidavit was not submitted. Responses due by 2/17/2023. Signed by Magistrate Judge Robert B. Jones, Jr., on 1/27/2023. Copy of order and forms sent to petitioner via U.S. Mail. (Poole, A) (Entered: 01/27/2023) |
| 02/13/2023 | 4 | MOTION for Extension of Time to correct deficiencies filed by Antonio H. Aparicio. (Attachment: # 1 Envelope) (Poole, A) (Entered: 02/13/2023) |
| 02/13/2023 |  | Motion Referred to US Magistrate Judge Robert B. Jones, Jr., regarding 4 MOTION for Extension of Time to correct deficiencies. (Poole, A) (Entered: 02/13/2023) |
| 02/13/2023 | 5 | ORDER – GRANTING 4 Motion for Extension of Time. Plaintiff shall respond to the deficiency order by no later than Friday, March 10, 2023. Signed by Magistrate Judge Robert B. Jones, Jr., on 2/13/2023. Copy of order sent to petitioner via U.S. Mail. (Poole, A) (Entered: 02/13/2023) |
| 03/01/2023 |  | Filing fee: $5.00, receipt number 500002432. (Poole, A) (Entered: 03/01/2023) |

| | | |
|---|---|---|
| 03/01/2023 | 6 | PETITION for Writ of Habeas Corpus (Filing fee $ 5 receipt number 500002432.) filed by Antonio H. Aparicio. (Attachments: # 1 Documents in support, # 2 Envelope) (Poole, A) (Entered: 03/01/2023) |
| 03/01/2023 | 7 | MOTION for Leave to Proceed in forma pauperis filed by Antonio H. Aparicio. (Attachment: # 1 Envelope) (Poole, A) (Entered: 03/01/2023) |
| 03/01/2023 |  | Case Submitted to District Judge Terrence W. Boyle for initial review. (Poole, A) (Entered: 03/01/2023) |
| 04/28/2023 | 8 | Document requesting confirmation of receipt of deficiency and filing fee filed by Antonio H. Aparicio. (Attachment: # 1 Envelope) (copy of docket sheet sent to petitioner via U.S. Mail.) (Poole, A) (Entered: 04/28/2023) |
| 05/17/2023 | 9 | ORDER – Petitioner's challenge to his ICE detainer pursuant to §2241 is DISMISSED without prejudice. Petitioner's remaining claims are cognizable, if at all, in a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. The court, however, has not formally converted the instant petition into a §2254 petition as the Western District of North Carolina would be the more appropriate forum to address the issue. The Clerk of Court is DIRECTED to transfer the remainder of petitioner's habeas petition to the Western District of North Carolina. Signed by District Judge Terrence W. Boyle on 5/16/2023. (Powers, S.) (Entered: 05/17/2023) |